IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40763
Conference Calendar
_____


MICHAEL DONLEY,

                                        Plaintiff-Appellant,

versus

EDWARD CHAPPA; RICHARD L. CRITES;
MARK A. DIAZ; ROBERT I. EASON; TERRI
L. EASON; MICHAEL D. HALL; LESLIE W. WOODS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-95-CV-312
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

    Michael Donley appeals the dismissal for frivolousness of his civil rights complaint.  He argues that the district court erred in dismissing his claims that the defendants failed to protect him from injury by other inmates.  We have reviewed the record and Donley's arguments.  We conclude that no reversible error occurred.  For essentially the same reasons as stated by the district court in its order of dismissal, see Donley v. Chappa, No. C-95-CV-312 (S.D. Tex. Aug. 2, 1995), we

    AFFIRM.

_____

    *  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.